UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO; MICHAEL
GRECCO PRODUCTIONS, INC.,

                    Plaintiffs,

-v-

AGE FOTOSTOCK AMERICA, INC.;
AGEFOTOSTOCK SPAIN, S.L.; ZUMA
PRESS, INC.,

                    Defendants.

22-CV-4363 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiffs and Defendants Age Fotostock America, Inc. and Agefotostock Spain, S.L. ("AF Defendants") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed as to the AF Defendants only, without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die* with respect to the AF Defendants. The AF Defendants are excused from attending the November 29, 2022 settlement conference.

    SO ORDERED.

Dated: October 17, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge